DAVID P. CUSICK, TRUSTEE
P O BOX 1858
SACRAMENTO, CA 95812-1858
(916) 856-8000

SPB FILED

MAR 28 2016

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

In re:                                          ) Case No.: No. 11-20953-E-13C
                                                )
RIVERA, LEONARD G.                              ) UNCLAIMED FUNDS
                                                )
            Debtor(s)                           )
                                                )

TO THE CLERK, U. S. BANKRUPTCY COURT:

Please find submitted herewith check #769160 in the sum of $107.48 representing the total amount of unclaimed dividend(s) in the above-entitled estate. This sum is being paid over pursuant to 11 U. S. C. Section 347(a) and Bankruptcy Rule 3011. The name(s) and address(es) is (are) as follows:

| CLAIM NO. | NAME & ADDRESS OF CLAIMANT | AMOUNT OF CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| 7 | Chase Bank USA NA<br>PO Box 15145<br>Wilmington, DE 19850-5145 | $10,028.80 | $107.48 |

TOTAL CHECK $107.48

Dated this 18th day of March, 2016.        BY: _____
                                                          TRUSTEE